

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00243-CR

**TERRY SHAWN LINVILLE,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

_____

**From the County Court at Law No. 2**
**Johnson County, Texas**
**Trial Court No. M201101154**

---

## MEMORANDUM  OPINION

---

Appellant, Terry Shawn Linville, who is not indigent and has retained counsel, appeals from his conviction for cruelty to livestock animals. On July 23, 2012, Linville filed with this Court a docketing statement, wherein he noted, among other things, that he has not paid or made arrangements to pay for the Clerk's Record.

On November 13, 2012, we informed Linville that if he "desires to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter." We further

notified Linville that a failure to pay or make arrangements to pay the clerk's fee within twenty-one days of our November 13, 2012 letter will result in his appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Since filing his docketing statement, Linville has had no contact with this Court.

Our review of the limited record reveals that Linville has completely failed in his duty to prosecute this appeal, to contact this Court, and to take any further action toward prosecuting this appeal. Accordingly, we conclude that Linville does not desire to prosecute this appeal. As such, we dismiss this appeal, under our inherent authority, for want of prosecution.[1] *See id.*; *Ealy v. State*, 222 S.W.3d 744, 745 (Tex. App.—Waco 2007, no pet.) (citing *Peralta v. State*, 82 S.W.3d 724, 725-26 (Tex. App.—Waco 2002, no pet.)); *see also Evans v. State*, No. 10-09-00251-CR, 2010 Tex. App. LEXIS 546, at *3 (Tex. App.—Waco Jan. 27, 2010, no pet.) (mem. op., not designated for publication).


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed January 31, 2013
Do not publish
[CR25]

---

[1] All other pending motions are dismissed as moot.